IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY GRAY,

        Plaintiff,                    No. 2:11-cv-2103 EFB P

    vs.

JAMES TILTON, et al.,

        Defendants.         ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On October 12, 2012, the court directed plaintiff to, within 30 days, submit documents for service of process or file an amended complaint. The time for acting had passed and plaintiff has not submitted the materials necessary to serve process, nor has he filed an amended complaint or otherwise responded to the court's order.

      It therefore is ORDERED that plaintiff has 14 days from the date of this order to comply with the court's October 12, 2012 order, or to show good cause for his failure to so comply.

////

1   Failure to comply with this order will result in dismissal of this action for failure to prosecute.

2   DATED: November 15, 2012.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE