UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY GRAY,<br><br>           Plaintiff,<br><br>      v.<br><br>JAMES TILTON, et al.,<br><br>           Defendants. | No.  2:14-cv-0473 KJN P |
| RICKY GRAY,<br><br>           Plaintiff,<br><br>      v.<br><br>JAMES TILTON, et al.,<br><br>           Defendants. | No.  2:11-cv-2103 KJM EFB P<br><br><br>ORDER |

   Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a).  The actions involve the same property, transaction or event and similar questions of fact and the same question of law.  Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1

1  The parties should be aware that relating the cases under Local Rule 123 merely has the
2  result that the actions are assigned to the same judge; no consolidation of the actions is effected.
3  Under the regular practice of this court, related cases are generally assigned to the judge and
4  magistrate judge to whom the first filed action was assigned.
5  Therefore, IT IS ORDERED that the action denominated as 2:14-cv-0473 KJN is
6  reassigned to District Judge Kimberly J. Mueller and Magistrate Judge Edmund F. Brennan for all
7  further proceedings, and any dates currently set in the reassigned case only are hereby
8  VACATED.  Notwithstanding the consent to magistrate judge jurisdiction filed by plaintiff in
9  case no. 2:14-cv-0473, the undersigned declines to refer the case to the magistrate judge in light
10  of her familiarity with the earlier 2011 case.  Henceforth, the caption on documents filed in the
11  reassigned case shall be shown as No. 2:14-cv-0473 KJM EFB.
12  IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
13  the assignment of civil cases to compensate for this reassignment.
14  IT IS SO ORDERED.
15  DATED:  May 11, 2015.

UNITED STATES DISTRICT JUDGE